UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER STARKS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:09CV499 HEA |
| MICHAEL BOWERSOX, | ) |
| Respondent, | ) |

**JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Christopher Starks for Writ of Habeas Corpus is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court will not issue a Certificate of Appealability.

Dated this 2nd day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE